UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SONDRA J. SHORTER,<br><br>    Plaintiff,<br><br>    v.<br><br>LOS ANGELES UNIFIED<br>SCHOOL DISTRICT, et al.,<br><br>    Defendants. | Case No. CV 13-3198 ABC (AJW)<br><br>ORDER ACCEPTING REPORT<br>AND RECOMMENDATION OF<br>MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation of Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. Good cause appearing, the Court accepts the findings and recommendations contained in the Report.

**IT IS SO ORDERED**.

DATED: December 4, 2013

_____
AUDREY B. COLLINS
United States District Judge