1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| SONDRA J. SHORTER, | ) | Case No. CV 13-3198 ABC (AJW) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **J U D G M E N T** |
| LOS ANGELES UNIFIED | ) | |
| SCHOOL DISTRICT, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    **IT IS ADJUDGED** that: (1)  plaintiff's claims against defendants Los Angeles Unified School District, The Los Angeles Board of Education of Los Angeles Unified School District, Los Angeles Unified School District Superintendent John E. Deasy, Partnership for Los Angeles Schools, Inc., Margueritte Poindexter LaMotte, Monica Garcia, Tamar Galatzan, Marlene Carter, Steven Zimmer, Bennet Kayser, Nury Martinez, Richard Vladovic, Yolie Flores Aguilar and Julie Korenstein are dismissed without prejudice to plaintiff's ability to file those claims in state court; and (2) plaintiff's claims against defendant United Teachers of Los Angeles are dismissed with prejudice.

DATED: December 4, 2013

_Audrey B. Collins_

_____
AUDREY B. COLLINS
United States District Judge